# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00529-DDD-STV

BRANDI BUTLER and THERESE LISCIO,
individually and on behalf of others similarly
situated,

    *Plaintiffs*,

v.

ASURA TECHNOLOGIES USA, INC. and
PARKING REVENUE RECOVERY
SERVICES INC.,

    *Defendants*.

---

## JOINT MOTION TO RESET STATUS CONFERENCE

---

Plaintiffs Brandi Butler and Therese Liscio ("Plaintiffs") and Asura Technologies USA, Inc. and Parking Revenue Recovery Services Inc. ("Defendants" and with Plaintiffs, the "Parties"), by and through their counsel, submit this Joint Motion to Reset Status Conference and state as follows:

    1.    The Court issued an Order resetting the Status Conference previously set for July 16, 2025 to July 10, 2025 (ECF 36);

    2.    Due to scheduling conflicts and travel outside of the country, Plaintiffs' counsel is unavailable on July 10, 2025;

    3.    Pursuant to D.C.COLO.LCivR 7.1(a), the Parties certify that they have conferred and that they jointly request that the Court continue the Status Conference, currently set for July

4916-5998-2930.1

10, 2025, until August of 2025 or thereafter;

      4.      A Proposed Order is filed herewith. Per the Uniform Civil Practice Standards of the United States Magistrates Judges, a Proposed Order is being emailed to Chambers.

Dated: July 3, 2025.

| Plaintiffs Brandi Butler and Therese Liscio Individually, and on behalf of others similarly Situated, | Defendants Asura Technologies USA, Inc. and Parking Revenue Recovery Services Inc., |
|---|---|
| By: */s/ Scott A. Kamber*<br>    Scott A. Kamber<br>    KAMBERLAW LLC<br>    201 Milwaukee Street, Suite 200<br>    Denver, CO 80206<br>    Tel: 212.920.3072<br>    skamber@kamberlaw.com<br><br>    Naomi B. Spector<br>    KAMBERLAW LLP<br>    3451 Via Montebello, Suite 192-212<br>    Carlsbad, CA 92009<br>    Tel: 310.400.1053<br>    nspector@kamberlaw.com<br><br>    Deborah Kravitz<br>    KAMBERLAW LLP<br>    401 Center Street, Suite 111<br>    Healdsburg, CA 95448<br>    Tel: 707.820.4247<br>    dkravitz@kamberlaw.com | By: */s/ Kelsey C. Boehm*<br>    Stephanie Adamo<br>    Kelsey C. Boehm<br>    FOLEY & LARDNER LLP<br>    1400 16th Street, Suite 200<br>    Denver, CO 80202<br>    Tel: 720.437.2013<br>    sadamo@foley.com<br>    kboehm@foley.com<br><br>    Michael D. Leffel<br>    FOLEY & LARDNER LLP<br>    150 East Gilman Street, Suite 5000<br>    Madison, WI 53703<br>    Tel: 608.257.5035<br>    mleffel@foley.com |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitations set forth in Judge Domenico's Practice Standard III(A)(1).

By: */s/ Scott A. Kamber*
Scott A. Kamber

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicate on the Notice of Electronic Filing. Parties ay access this filing through the Court's CM/ECF System.

Dated: July 3, 2025                            By: */s/ Scott A. Kamber*
                                                    Scott A. Kamber

4916-5998-2930.1                               3